463 A.2d 53

Chapman v. Nickelson, Appellant.

Petition for Allowance of Appeal
Denied Jan. 20, 1984.

Submitted April 20, 1983. Bruce Paul Friedman, for appellant; Norman A. Oshtry, for appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.